UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

FEB **2 5** 2008


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. CR S-07-0487-01 WBS |
| )  | |
| Plaintiff,     ) | |
| v.     ) | ORDER FOR RELEASE |
| )  | OF PERSON IN CUSTODY |
| HOMER BOWDEN,     ) | |
| )  | |
| Defendant.     ) | |
| )  | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Homer Bowden** Case CR S-07-0487-01 WBS from custody

for the following reasons:

      _    Release on Personal Recognizance

      _    Bail Posted in the Sum of _____

      _     Unsecured bond

      _    Appearance Bond with 10% Deposit

      _    Appearance Bond secured by Real Property

      _    Corporate Surety Bail Bond

    **X**   **(Other)**  **Defendant continued on supervised release**

Issued at  Sacramento, CA  on  February 25, 2008  at  _10:25_ .

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing